AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Ronald A. | USDC-EDOK | 8/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

101 N. Fifth Street
P.O. Box 1009
Muskogee, OK 74402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Oklahoma Bar Association |
| 2. | Member | Federal Judges' Association |
| 3. | Executive Board Member | Indian Nations Council, Boy Scouts of America |
| 4. | Member | Judicial Council of the Tenth Circuit Court of Appeals |
| 5. | Member | Spinning Leaf, LLC |
| 6. | Co-Trustee | Trust ▓ |
| 7. | Co-Trustee | Trust ▓ |
| 8. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Oklahoma - Accounts | A | Interest | K | T | | | | | |
| 2. 120 Ac. Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 3. Northwestern Mutual Whole Life Policy - Cash Value | A | Dividend | K | T | | | | | |
| 4. METLIFE GROUP VARIABLE UNIVERSAL LIFE POLICY (H) | | | | | | | | | |
| 5. -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 6. -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 7. -Scudder International - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 8. -T. Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 9. MERRILL LYNCH IRA #1 | C | Dividend | M | T | | | | | |
| 10. -Columbia Acorn Fund | | | | | | | | | |
| 11. -Energy Transfer Partners(publicly traded partnership units) | | | | | | | | | |
| 12. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 13. MERRILL LYNCH IRA #2 | D | Dividend | O | T | | | | | |
| 14. -Alcatel Lucent Technologies Inc. common stock | | | | | | | | | |
| 15. -Alliance Resources publicly traded partnership units | | | | | | | | | |
| 16. -Citigroup common stock | | | | | | | | | |
| 17. -GE common stock | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -H&R Block common stock | | | | | | | | | |
| 19. -Hewlett Packard Company common stock | | | | | | | | | |
| 20. -Johnson & Johnson common stock | | | | | | | | | |
| 21. -LSI Corp. common stock | | | | | | | | | |
| 22. -Lancaster Colony Corp. common stock | | | | | | | | | |
| 23. -Lehman Bros Hldgs Inc. common stock | | | | | | | | | |
| 24. -Magellan Midstream publicly traded partnership units | | | | | | | | | |
| 25. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 26. -Occidental Petroleum Corp. common stock | | | | | | | | | |
| 27. -OG&E common stock | | | | | | | | | |
| 28. -ONEOK common stock | | | | | | | | | |
| 29. -Pfizer common stock | | | | | | | | | |
| 30. -S&P depository receipts | | | | | | | | | |
| 31. -Williams Cos. common stock | | | | | | | | | |
| 32. -WPX Energy Inc. (x) | | | | | | | | | |
| 33. STIFEL NICOLAUS (H) | | | | | | | | | |
| 34. -Bank of Oklahoma common stock | A | Dividend | K | T | Buy (add'l) | 12/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Bearing Point common stock | | None | J | T | | | | | |
| 36. -GE common stock | A | Dividend | J | T | | | | | |
| 37. -Oneok common stock | A | Dividend | J | T | | | | | |
| 38. -Stifel Nicolaus Money Market | A | Interest | N | T | | | | | |
| 39. -Steinmart common stock | A | Dividend | J | T | | | | | |
| 40. -RTI International Metals | | None | J | T | | | | | |
| 41. -UPS common stock | A | Dividend | K | T | Buy (add'l) | 12/19/13 | K | | |
| 42. -Allstate Corp. Del. (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 43. -American Electric Power Co. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 44. -American Express Centurion (X) | A | Interest | M | T | Open | 12/19/13 | M | | |
| 45. -Apache Corp. (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 46. -Bristol-Myers Squibb Co. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 47. -Cisco Systems Inc. (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 48. -Coca Cola Company (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 49. -Colgate Palmolive (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 50. -Compass Minerals Intl. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 51. -Conoco Phillips (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Dow Chemical (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 53. -DTE Energy Company (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 54. -Exelon Corp. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 55. -H&R Block Inc. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 56. -Harbor International Mutual Fund (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 57. -Helmerich Payne Inc. (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 58. -Hewlett Packard Company (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 59. -Intel Corp. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 60. -Johnson & Johnson (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 61. -JP Morgan Chase & Company (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 62. -Microsoft Corp. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 63. -Nokia Corp. (X) | | None | J | T | Open | 12/19/13 | J | | |
| 64. -OGE Energy Corp. (X) | B | Int./Div. | L | T | Open | 12/19/13 | L | | |
| 65. -Occidental Petroleum Corp. (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 66. -Oklahoma Dev. Fin. Auth. (X) | B | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 67. -Oneok Partners LP (X) | A | Dividend | K | T | Open | 12/19/13 | K | | |
| 68. -Oracle Corp. (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pepsico Inc. (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 70. -Pfizer Inc. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 71. -Phillips 66 (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 72. -SPDR S&P 500 ETF Trust Mutual Fund (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 73. -Schwab Charles Corp. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 74. -Stifel Bank & Trust (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 75. -Suburban Propane (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 76. -SunTrust Bank (X) | A | Interest | M | T | Open | 12/19/13 | M | | |
| 77. -Texas Instruments Inc. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 78. -3M Company (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 79. -Transcanada Corp. (X) | A | Int./Div. | J | T | Open | 12/19/13 | J | | |
| 80. -Wal-Mart Stores Inc. (X) | A | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 81. -Williams Companies (X) | B | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 82. -Williams Partners LP (X) | B | Int./Div. | K | T | Open | 12/19/13 | K | | |
| 83. -WPX Energy Inc. (X) | | None | J | T | Open | 12/19/13 | J | | |
| 84. IRA #3    (Y) | B | Dividend | | | Closed | 08/21/13 | L | D | |
| 85. -American Beacon Intl Equity PA (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Artisan International (Y) | | | | | | | | | |
| 87. -Cavanal Hill Balanced Inv (Y) | | | | | | | | | |
| 88. -Federated Kaufmann K (Y) | | | | | | | | | |
| 89. -Growth Fund of America R3 (Y) | | | | | | | | | |
| 90. -N&B Genesis Trust (Y) | | | | | | | | | |
| 91. IRA #4 (Vanguard) | A | Dividend | K | T | | | | | |
| 92. -Vanguard Growth Index Fund (Y) | | | | | Redeemed | 09/19/13 | K | C | |
| 93. -Vanguard 500 Index Fund (Y) | | | | | Redeemed | 09/19/13 | K | C | |
| 94. -Prime Money Market Fund (X) | | | | | Buy | 09/19/13 | K | | |
| 95. IRA #5 ▮▮▮ (Y) | A | Dividend | | | Closed | 10/16/13 | K | C | |
| 96. -Russell Equity I Fund (Y) | | | | | | | | | |
| 97. -Russell Equity II Fund (Y) | | | | | | | | | |
| 98. -Russell Global Balanced Fund (Y) | | | | | | | | | |
| 99. -Russell All International Markets Fund (Y) | | | | | | | | | |
| 100. -Russell Large Cap Equity Index Fund (Y) | | | | | | | | | |
| 101. MERRILL LYNCH ROTH IRA #3 (X) | | | K | T | Open | 08/13/13 | K | | |
| 102. -FIA Card Services NA RASP (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Spinning Leaf, LLC, real estate, Summit Co, CO 1/21/2013, $150,000 (X) | | None | M | R | Open | 1/21/13 | M | | |
| 104. MERRILL LYNCH IRA ▮▮▮▮ (X) | D | Int./Div. | O | T | Open | 03/14/13 | O | | |
| 105. -Bank Hawaii Corp. (X) | | | | | | | | | |
| 106. -Boeing Company (X) | | | | | | | | | |
| 107. -Entergy Corp. (X) | | | | | | | | | |
| 108. -FIA Card Services NA (X) | | | | | | | | | |
| 109. -FNMA (Corporate Bonds) (X) | | | | | | | | | |
| 110. -FNMA (Govt/Agency Securities) (X) | | | | | | | | | |
| 111. -GNM (Govt/Agency Securities) (X) | | | | | | | | | |
| 112. -Leucadia Natl Corp. (X) | | | | | | | | | |
| 113. -Magellan Midstream (X) | | | | | | | | | |
| 114. -Oneok Inc. (X) | | | | | | | | | |
| 115. F&M Bank ▮▮▮▮ (X) | A | Interest | L | T | Open | 03/14/13 | L | | |
| 116. MERRILL LYNCH ▮▮▮▮ (X) | E | Int./Div. | P1 | T | Open | 03/14/13 | P1 | | |
| 117. -American Elec Power Co (X) | | | | | | | | | |
| 118. -AT&T Inc. (X) | | | | | | | | | |
| 119. -Centurylink Inc. (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Empire Dist Elec (X) | | | | | | | | | |
| 121.  -FIA Card Services NA (X) | | | | | | | | | |
| 122.  -Fairpoint Communications (X) | | | | | | | | | |
| 123.  -Ford Motor Co (X) | | | | | | | | | |
| 124.  -Frontier Communications (X) | | | | | | | | | |
| 125.  -General Electric (X) | | | | | | | | | |
| 126.  -Grand River Dam Auth (Municipal Bonds) (X) | | | | | | | | | |
| 127.  -Hanesbrands Inc (X) | | | | | | | | | |
| 128.  -Hillshire Brands Co (X) | | | | | | | | | |
| 129.  -Intl Business Machines (X) | | | | | | | | | |
| 130.  -JPMorgan Chase & Co (X) | | | | | | | | | |
| 131.  -Katy Tex Indpt Sch Dist (Municipal Bonds) (X) | | | | | | | | | |
| 132.  -Kimberly Clark (X) | | | | | | | | | |
| 133.  -Magellan Midstream (X) | | | | | | | | | |
| 134.  -Microsoft Corp (X) | | | | | | | | | |
| 135.  -OGE Energy Corp (X) | | | | | | | | | |
| 136.  -Oneok Inc (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Oklahoma Colleges Brd (Municipal Bonds) (X) | | | | | | | | | |
| 138. -Okla St Capitol Impt (Municipal Bonds) (X) | | | | | | | | | |
| 139. -Oklahoma City Okla Arpt (Municipal Bonds) (X) | | | | | | | | | |
| 140. -Oklahoma City Okla (Municipal Bonds) (X) | | | | | | | | | |
| 141. -Oklahoma Cnty Okla (Municipal Bonds) (X) | | | | | | | | | |
| 142. -Oklahoma MPA Pwr Spply (Municipal Bonds) (X) | | | | | | | | | |
| 143. -Oklahoma Agric-Mech Clg (Municipal Bonds) (X) | | | | | | | | | |
| 144. -Sprint Corp (X) | | | | | | | | | |
| 145. -Teco Energy Inc (X) | | | | | | | | | |
| 146. -Tulsa Okla Mun Arpt (Municipal Bonds) (X) | | | | | | | | | |
| 147. -Tulsa Okla (Municipal Bonds) (X) | | | | | | | | | |
| 148. -Verizon Communications (X) | | | | | | | | | |
| 149. -Vodafone Grop (X) | | | | | | | | | |
| 150. CHARLES SCHWAB ▮▮▮ (X) | C | Dividend | O | T | Open | 03/14/13 | O | | |
| 151. -Schwab Cash Reserves (X) | | | | | | | | | |
| 152. -Exxon Mobil Corporation (X) | | | | | | | | | |
| 153. -Paychex Inc. (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Procter & Gamble (X) | | | | | | | | | |
| 155. -Powershs QQQ Trust Ser 1 (X) | | | | | | | | | |
| 156. -SPDR S&P 500 ETF TR (X) | | | | | | | | | |
| 157. -SCHW US LCAP ETF (X) | | | | | | | | | |
| 158. -SCHW US SCAP ETF (X) | | | | | | | | | |
| 159. MERRILL LYNCH ▉▉▉▉ (X) | D | Int./Div. | M | T | Open | 11/01/13 | M | | |
| 160. -Allstate Corp. Del. (X) | | | | | | | | | |
| 161. -American Electric Power Co. (X) | | | | | | | | | |
| 162. -Apache Corp. (X) | | | | | | | | | |
| 163. -BOK Financial Corp. (X) | | | | | | | | | |
| 164. -Bristol-Myers Squibb Co. (X) | | | | | | | | | |
| 165. -Cisco Systems Inc. (X) | | | | | | | | | |
| 166. -Coca Cola Company (X) | | | | | | | | | |
| 167. -Colgate Palmolive (X) | | | | | | | | | |
| 168. -Compass Minerals Intl. (X) | | | | | | | | | |
| 169. -Conoco Phillips (X) | | | | | | | | | |
| 170. -Dow Chemical (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -DTE Energy Company (X) | | | | | | | | | |
| 172. -Exelon Corp. (X) | | | | | | | | | |
| 173. -H&R Block Inc. (X) | | | | | | | | | |
| 174. -Harbor International Mutual Fund (X) | | | | | | | | | |
| 175. -Helmerich Payne Inc. (X) | | | | | | | | | |
| 176. -Hewlett Packard Company (X) | | | | | | | | | |
| 177. -Intel Corp. (X) | | | | | | | | | |
| 178. -Johnson & Johnson (X) | | | | | | | | | |
| 179. -JP Morgan Chase & Company (X) | | | | | | | | | |
| 180. -Microsoft Corp. (X) | | | | | | | | | |
| 181. -Nokia Corp. (X) | | | | | | | | | |
| 182. -OGE Energy Corp. (X) | | | | | | | | | |
| 183. -Occidental Petroleum Corp. (X) | | | | | | | | | |
| 184. -Oklahoma DFA Hlth (X) | | | | | | | | | |
| 185. -Oneok Partners LP (X) | | | | | | | | | |
| 186. -Oracle Corp. (X) | | | | | | | | | |
| 187. -Pepsico Inc. (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Pfizer Inc. (X) | | | | | | | | | |
| 189. -Phillips 66 (X) | | | | | | | | | |
| 190. -SPDR S&P 500 ETF Trust Mutual Fund (X) | | | | | | | | | |
| 191. -Schwab Charles Corp. (X) | | | | | | | | | |
| 192. -Suburban Propane (X) | | | | | | | | | |
| 193. -SunTrust Bank (X) | | | | | | | | | |
| 194. -Texas Instruments Inc. (X) | | | | | | | | | |
| 195. -3M Company (X) | | | | | | | | | |
| 196. -Transcanada Corp. (X) | | | | | | | | | |
| 197. -United Parcel Service (X) | | | | | | | | | |
| 198. -Wal-Mart Stores Inc. (X) | | | | | | | | | |
| 199. -Williams Companies (X) | | | | | | | | | |
| 200. -Williams Partners LP (X) | | | | | | | | | |
| 201. -WPX Energy Inc. (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 8/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS:

Line 4.  Name revised to be more descriptive of asset.

Line 32.  Asset previously held in another investment account, transferred into this account.

Lines 34 and 41.  Additional stock acquired through inheritance during 2013.

Line 84.  IRA #3 █████  Account closed.  Assets transferred  into Merrill Lynch account.

Line 95.  IRA #5 █████  Account closed.  Assets transferred  into Merrill Lynch account.

Lines 42 - 83. Stifel Nicholas.  Assets received as an inheritance during 2013.

Line 103. Spinning Leaf, LLC.  Only asset is real property received as an inheritance.  The property produces no income.

Lines 104 - 158.  Assets held by a trust ████ , of which I am Co-Trustee.  My interest is income-beneficiary.

Lines  159 - 201.  Assets held by a trust ████ of which I was Co-Trustee.  I have  resigned as Co-Trustee during the  2014 calendar year.  The trust assets are held for the benefit █████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald A. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544